UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAUL DONOVAN CRAWFORD,

    Plaintiff,

v.

RICK SCOTT, et al.,

    Defendants.

Case No. 22-cv-05308-BJR-SKV

ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff filed this Section 1983 civil rights action on May 4, 2022, asserting claims against Defendants under the Sixth, Eighth, and Fourteenth Amendments. Dkt. 1-1 ("Complaint"). On July 19, 2022, in satisfaction of the Court's obligation under the Prison Litigation Reform Act of 1996 to screen complaints brought by prisoners against governmental entities and employees, 28 U.S.C. § 1915A(a), Magistrate Judge S. Kate Vaughan entered an order finding that the Complaint fails to state a viable cause of action because of various pleading deficiencies. Dkt. 8. Judge Vaughan's order therefore declined to authorize service of the Complaint on Defendants, but permitted Plaintiff to file an amended complaint by August 19, 2022 addressing the issues raised in that order. *Id.* Plaintiff did not do so. On September 19, 2022, Judge Vaughan issued a Report and Recommendation restating her finding that the Complaint fails to plead a viable cause of action, and recommending that the Complaint be dismissed without prejudice. Dkt. 9. The R&R

ORDER - 1

directed Plaintiff to file any objections thereto by October 14, 2022. *Id.* at 8. Plaintiff has not filed any objections.

Having reviewed the R&R, the record of the case, and the relevant legal authorities, and no objections having been filed, the Court adopts the R&R's findings and conclusion that the Complaint fails to plead a viable claim against Defendants. Furthermore, given Plaintiff's failure to avail himself of the opportunity to file an amended complaint or object to the R&R, the Court finds that the Complaint should be dismissed with prejudice.

NOW, THEREFORE, the Court orders as follows:

(1) The Court ADOPTS the Report and Recommendation.

(2) Plaintiff's Complaint is DISMISSED with prejudice.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Vaughan.

Dated: October 26, 2022

Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER - 2